# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA

Spot Freight, Inc.         Plaintiff,

v.

Spot Freight, Inc., and    Defendant.
Maria Sapronova

) Summons
) (Issued pursuant to Rule 4 of
) the Federal Rules of Civil
) Procedure or other appropriate
) law.)
)
) CIVIL ACTION CASE NUMBER:  2:23-cv-00313-SGC
)
)
)

Summons in a Civil Action

To: *(Defendant's name and address)*

Spot Freight, Inc.
2700 Corporate Drive, Ste. 200, Birmingham, AL 35242.

NOTE: A separate summons must be
      prepared for each defendant.

A lawsuit has been filed against you.

      Within __21__ days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

Jonathan S. Harbuck
Harbuck Keith Hunt & Palmer, LLC.
3500 Blue Lake Drive, Suite 440
Birmingham, AL  35243

**If you fail to do so, judgment by default may be entered against you for the relief demanded in the complaint.**
You also must file your answer or motion with the court.

DATE: 3-14-23

SEE REVERSE SIDE FOR RETURN

GREER M. LYNCH, CLERK OF COURT

By: *[signature]*

Deputy Clerk

(SEAL OF COURT)

NORTHERN DISTRICT OF ALABAMA
1729 5th Avenue North
Birmingham, Alabama 35203

## RETURN ON SERVICE OF WRIT

I hereby certify and return that on the _____ day of _____, _____, I served this summons together with the complaint as follows:

☐     By personal service on the defendant at _____

☐     By serving a person of suitable age and discretion then residing in the defendant's usual place of abode. (Give name and address of person served.)

_____

_____

☐     By serving an officer, a managing or general agent, or any other agent authorized by appointment or by law to receive service of process of the defendant corporation, partnership, or unincorporated association. (Give name, capacity and address of person served.)

_____

_____

*I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.*

_____         _____
            *Date*                                      *Authorized or Specially Appointed Process Server*

Costs of Service: Service fee:                                      $
                  Expenses: _____ miles @ _____ cents    $_____

                                                                  TOTAL $

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA

| | | | |
|---|---|---|---|
| Spot Freight, Inc. | Plaintiff, | ) ) ) ) ) | **Summons** (Issued pursuant to Rule 4 of the Federal Rules of Civil Procedure or other appropriate law.) |
| v. | | ) ) ) ) ) | CIVIL ACTION CASE NUMBER:   2:23-cv-00313-SGC |
| Spot Freight, Inc, and Maria Sapronova | Defendant. | ) ) | |

**Summons in a Civil Action**

To: *(Defendant's name and address)*

Maria Sapronova
2700 Corporate Drive, Ste. 200, Birmingham, AL 35242.

NOTE: A separate summons must be prepared for each defendant.

A lawsuit has been filed against you.

Within ___21___ days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

Jonathan S. Harbuck
Harbuck Keith Hunt & Palmer LLC
3500 Blue Lake Drive, Suite 440
Birmingham, AL  35243

**If you fail to do so, judgment by default may be entered against you for the relief demanded in the complaint.**
You also must file your answer or motion with the court.

DATE: 3-14-23

SEE REVERSE SIDE FOR RETURN

GREER M. LYNCH, CLERK OF COURT

By: _(signature)_
Deputy Clerk

(SEAL OF COURT)

NORTHERN DISTRICT OF ALABAMA
1729 5th Avenue North
Birmingham, Alabama 35203

## RETURN ON SERVICE OF WRIT

I hereby certify and return that on the _____ day of _____, _____, I served this summons together with the complaint as follows:

☐     By personal service on the defendant at _____

_____

☐     By serving a person of suitable age and discretion then residing in the defendant's

usual place of abode. (Give name and address of person served.)

_____

_____

☐     By serving an officer, a managing or general agent, or any other agent authorized

by appointment or by law to receive service of process of the defendant

corporation, partnership, or unincorporated association. (Give name, capacity and

address of person served.)

_____

_____

*I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.*

_____         _____
        *Date*                                             *Authorized or Specially Appointed Process Server*

Costs of Service: Service fee:                                 $
                    Expenses: _____ miles @ _____ cents      $_____

                                                    TOTAL $